## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD HALL,** | : | **CIVIL NO. 1:CV-09-1907** |
| **Plaintiff,** | : | |
| | : | **(Judge Kane)** |
| v. | : | |
| | : | |
| **SGT. Rhoades, et al.,** | : | |
| **Defendants** | : | |

### ORDER

**AND NOW,** this 8th day of May, 2014, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for summary judgment (Doc. No. 24) is **deemed unopposed and is granted**. The Clerk of Court is directed to enter judgment in favor of Defendants on all claims and against Plaintiff.

2. The Clerk of Court is directed to **close this case**.

S/ Yvette Kane
YVETTE KANE, District Judge
Middle District of Pennsylvania